ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-703 (ADM/AJB)

UNITED STATES OF AMERICA,

PLAINTIFF,

v.

ONE GENERIC PENTIUM II COMPUTER SYSTEM, SERIAL NO. 83400644JK, INCLUDING SAMPO ALPHA SCAN MONITOR, SERIAL NO. 839A0769 AND KEYBOARD, SERIAL NO. 0121281; ONE OPTICPRO SCANNER, SERIAL NO. 73165718; ONE IOMEGA ZIP DRIVE, SERIAL NO. RBB0482K5; ONE HEWLETT PACKARD 820Cse PRINTER, SERIAL NO. SG6AB19008; AND ONE COMPAQ PENTIUM MMX COMPUTER SYSTEM, SERIAL NO. 30997; INCLUDING COMPAQ MODEM P50, SERIAL NO. 718BS110H229, KEYBOARD, SERIAL NO. D7J218603X-XX, AND MOUSE, Serial No. EW4FCM-S3101,

DEFENDANTS.

FINAL ORDER OF FORFEITURE

Based on the plaintiff's motion for default judgment against Benjamin Culbert, Joseph Culbert, and all unknown persons and entities pursuant to Rule 55(b)(2), Fed.R.Civ.P., and for forfeiture of the defendants; on all the files and records in this action; and on the Court's finding as follows that

1. process was fully issued in this action and returned according to law;

2. pursuant to a Warrant of Arrest and Notice <u>In Rem</u> issued by United States Magistrate Judge Arthur J. Boylan, the United



FILED AUG 31 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD AUG 31 2000
DEPUTY CLERK

States Secret Service for the District of Minnesota arrested the defendants;

3. notice of the arrest of the defendants was published in the Finance and Commerce, Minneapolis, Minnesota on May 2, 9 and 16, 2000;

4. the United States Secret Service served Benjamin Culbert and Joseph Culbert with a copy of the Complaint, Summons, and Warrant of Arrest and Notice In Rem;

5. no claims and answers have been filed with the Clerk of Court, and the time for filing a claim and answer has expired;

6. the Clerk of Court entered default against Benjamin Culbert, Joseph Culbert, and all unknown persons and entities having an interest in the defendants for failure to file a claim and answer or otherwise defend in this action within the time permitted by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims; and

7. the plaintiff has established by a preponderance of the evidence that the defendants are subject to forfeiture pursuant to 18 U.S.C. § 492;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. default judgment is entered against Benjamin Culbert, Joseph Culbert and all unknown persons and entities having an interest in the defendants; and

2. the defendants are forfeited to the United States of America and may be disposed of in accordance with law free and clear of any and all claims.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 8/31/00

ANN D. MONTGOMERY
United States District Court